UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN SALVI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:07-CV-044 (CEJ) |
| | ) | |
| THE COLEMAN COMPANY, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

### **MEMORANDUM AND ORDER**

This matter is before the Court on the parties' joint motion [#14] to stay the proceedings. Plaintiff filed this patent infringement action on January 11, 2007. The defendants each waived service and filed their answers on April 27, 2007. The scheduling conference, pursuant to Fed. R. Civ. P. 16 is scheduled for June 21, 2007.

The parties request staying the proceedings until the United States Patent and Trademark Office (PTO) decides whether to grant defendant The Coleman Company, Inc.'s request for *ex parte* reexamination of the claims asserted in the patent at issue in this matter. The parties agree that, if the PTO grants the request and reexamines the patent, some of the claims in this matter may become moot. The PTO has indicated that a decision will likely be made within approximately one month. The Court agrees with the parties that staying the proceedings in this matter until the decision is made is in the interests of justice and will not adversely affect any party's substantial rights in this litigation.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' joint motion [#14] to stay the proceedings is **granted**.

**IT IS FURTHER ORDERED** that all proceedings in this matter are **stayed** pending a decision by the United States Patent and Trademark Office on defendant The Coleman Company's request for reexamination of the patent at issue in this matter.

**IT IS FURTHER ORDERED** that the scheduling conference pursuant to Fed.R.Civ.P. 16, currently set for June 21, 2007, is **cancelled**.

**IT IS FURTHER ORDERED** that, no later than **July 13, 2007**, the parties shall jointly advise the Court regarding the status of the request for reexamination and whether the stay may be lifted.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 13th day of June, 2007.