UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN SALVI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:07-CV-044 (CEJ) |
| | ) |
| THE COLEMAN COMPANY, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on the status report filed by the parties. On June 13, 2007, the Court stayed all proceedings in this matter pending a decision by the United States Patent and Trademark Office ("PTO") on defendant's request for ex parte reexamination of the claims asserted in the patent at issue in this matter. The parties acknowledge that, if granted, the results of the reexamination proceeding may render some of the claims in this matter moot. The parties now advise the Court that the PTO granted the request for ex parte reexamination. They request an additional two week stay in order to reach agreement on the appropriate course of action during the reexamination proceeding. The Court agrees with the parties that an additional stay is necessary.

Accordingly,

**IT IS HEREBY ORDERED** that all proceedings in this matter are **stayed** through **August 1, 2007**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 18th day of July, 2007.